**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DOUGLAS A. TURNS,**

    **Petitioner,**

  v.                                                                                  Case No. 2:98-cr-013
                                                                   Crim. No. 2:02-cv-298
                                                                   **JUDGE HOLSCHUH**
**UNITED STATES OF AMERICA,**                  **Magistrate Judge ABEL**
      **Respondent.**

**OPINION AND ORDER**

On September 9, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Petitioner has objected to the Magistrate Judge's recommendation. Doc. No. 127. Petitioner objects to all of the Magistrate Judge's conclusions and recommendations. Petitioner again raises all of the same arguments that were previously presented.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed at length in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

Date: March 9, 2006                                                                       **/s/ John D. Holschuh**
                                                                                        JOHN D. HOLSCHUH
                                                                                        United States District Judge